IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH DAVIS, JR.** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:07CV537-LG-JMR** |
| | § | |
| **BELK STORES SERVICES, INC.; TIM BELK**, Chairman, Belk Stores Services, Inc.; **JIM ZELLER**, Store Manager, Individually; **CLUB LIBBY LU, INC.**, f/k/a **MCRAE'S STORES SERVICES, INC.**; and **BELK DEPARTMENT STORES, LP** | § § § § § § | **DEFENDANTS** |

## JUDGMENT

This cause is before the Court on Defendants' Motion for Summary Judgment [39] and Plaintiff's Motion for Summary Judgment [41], the issues having been duly considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment [39], should be, and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment [41], should be, and is hereby **DENIED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's Title VII claims should be and are hereby **DISMISSED WITHOUT PREJUDICE,** and the remaining claims are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 6th day of January, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE